UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 08-CR-290

    v.

WILLIAM N. JOHNSON, et. al.,

        Defendants.
_____

**MOTION TO DISMISS PROPERTY FROM**
**FORFEITURE NOTICE OF THE SUPERSEDING INDICTMENT**
_____

        NOW COMES the United States of America, by its attorneys, Michelle L. Jacobs, Acting United States Attorney for the Eastern District of Wisconsin, and Daniel H. Sanders, Assistant United States Attorney for said district, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss certain properties specified in the forfeiture provision of the Superseding Indictment filed in the above-captioned action on November 18, 2008, in the interest of justice. The properties listed in the Superseding Indictment are as follows:

1. Any and all precious stones, gems and rock formations seized from 8119 North Lake Drive, Fox Point, Wisconsin, on October 23, 2008; and

2. Approximately $20,000.00 in United States currency located at the Bank of Delafield, 400 Genesee Street, Delafield, Wisconsin, in savings account number XX8715 under the name of Timothy Urbashich or Tim Urbashich.

I have been advised that the value of item 1 is insufficient to justify its forfeiture to the government at this time. In addition, upon further investigation, it has been discovered that item 2 does not represent proceeds traceable to the offenses for with the defendants have been charged in the Superseding Indictment. Therefore, it is no longer necessary for the government to pursue a judicial forfeiture against these properties.

Dated at Milwaukee, Wisconsin, this 19th day of February, 2009.

Respectfully submitted,

MICHELLE L. JACOBS
Acting United States Attorney

By: s/DANIEL H. SANDERS
Assistant United States Attorney
Ohio Bar Number: 52077
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: daniel.sanders@usdoj.gov